Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  CARRIE RUTH SAVAGE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE RUTH SAVAGE,<br><br>        Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL, Acting<br><br>Commissioner of Social Security,<br><br>       Defendant | Case No.:  2:16-CV-01591 AC<br><br>STIPULATION TO EXTEND<br>BRIEFING SCHEDULE |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Carrie Ruth Savage ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to April 12, 2017; and that Defendant shall have until May 12, 2017, to file her opposition. Any reply by plaintiff will be due June 2, 2017.

-1-

1    As the Court is aware, after a 5 year battle with terminal stage 4 cancer
2    Plaintiff's Spouse passed away on September 30, 2016.  The aftermath of this
3    traumatic event on both Counsel and his 9 year old son and 7 year old daughter was
4    immeasurable.  Compounding the impact of this loss is the fact that Counsel's
5    spouse was a former employee at Counsel's Law Firm and her death was far
6    reaching in its impact on Counsel's professional life as well.  Due to the death, the
7    subsequent holiday period, and the need to find a permanent caregiver and the
8    required time to acclimate his children to that presence during his absence to meet
9    his professional obligations, Counsel requires the additional time to prepare and
10   file Plaintiff's Motion for Summary Judgment.

11   Counsel for plaintiff does not anticipate this extraordinary request for more
12   time to become the rule and recognizes it is the extraordinary exception and
13   sincerely apologizes to the court for any inconvenience this may have had upon it
14   or its staff.

15   Counsel sincerely apologizes to the court for any inconvenience this may
16   have had upon it or its staff.
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///

-2-

1 | DATE: March 3, 2017                Respectfully submitted,

2 |                                    LAW OFFICES OF LAWRENCE D. ROHLFING

3 |                                         /s/ *Steven G. Rosales*
   |                                    BY: _____

4 |                                    Steven G. Rosales
   |                                    Attorney for plaintiff CARRIE RUTH SAVAGE

5 |

6 | DATED:  March 3, 2017              PHILLIP A. TALBERT
   |                                    United States Attorney

7 |

8 |

9 |                                    */S/- Jennifer Lee Tarn

10 |                                   _____

11 |                                   Jennifer Lee Tarn
    |                                   Special Assistant United States Attorney

12 |                                   Attorney for Defendant
    |                                   [*Via email authorization]

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

-3-

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

2  and including April 12, 2017, in which to file Plaintiff's Motion for Summary

3  Judgment; Defendant may have an extension of time to May 12, 2017 to file her

4  opposition, if any is forthcoming.  Any reply by plaintiff will be due June 2, 2017.

5    IT IS SO ORDERED.

6  DATE: March 27, 2017

7

8  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-4-