PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

| | |
|---|---|
| CARRIE RUTH SAVAGE,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:16-cv-01591-AC<br><br>**UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME** |

    IT IS HEREBY STIPULATED, by and between Carrie Ruth Savage (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of seven (7) days to file her Opposition to Plaintiff's Opening Brief. The current due date is July 5, 2017. The new date will be July 12, 2017. An extension of time is needed because the attorney responsible for briefing this case is continuing to catch up

on her heavy case load due to being out on medical leave. This request is made in good faith with no intention to unduly delay the proceedings.

This is the second extension of time requested by Defendant in the above-captioned matter. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: July 3, 2017

LAW OFFICES OF LAWRENCE D. ROHLFING
By: */s/ Steven G. Rosales*\*
STEVEN G. ROSALES
Attorney for Plaintiff
(*As authorized by e-mail on July 3, 2017)

Date: July 3, 2017

PHILLIP A. TALBERT
United States Attorney

 */s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

## **ORDER**

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE JULY 12, 2017.

DATED: July 5, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE